1028

[No. 46818-2-II.   Division Two.   January 26, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL FREDERICK WELLS, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-01975-2, John F. Nichols, J., entered October 14, 2014. *Reversed* and *remanded* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Maxa, JJ.

[No. 46999-5-II.   Division Two.   January 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES NATHANIEL PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 07-1-00211-7, Stephen Gillard, J. Pro Tem., entered November 21, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 47383-6-II.   Division Two.   January 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE M. BATACAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-00602-4, Erik D. Price, J., entered August 14, 2014. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Lee and Melnick, JJ.

[No. 31965-2-III.   Division Three.   January 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANAUM DIAZ GUZMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 11-1-00244-9, Evan E. Sperline, J., entered August 19, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Lawrence-Berrey, J., and Brown, J. Pro Tem.